# IN THE SUPREME COURT OF THE STATE OF NEVADA

CITIMORTGAGE, INC., A NATIONAL ASSOCIATION,

Appellant,

vs.

KENNETH BERBERICH, AN INDIVIDUAL,

Respondent.

No. 71818

**FILED**

JUL 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. James Crockett, District Judge
Akerman LLP/Las Vegas
Ayon Law, PLLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-23634